# United States District Court

_____ DISTRICT OF _____

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,

    Plaintiffs

V.

SAI Surveying Corporation and Barbara Szepatowski,

    Defendants

and

Citizens Bank,

    Trustee

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

# 05c 10425 RCL

TO: (Name and address of defendant)

SAI Surveying Corporation
23 Narragansett Avenue
Jamestown, RI  02835

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gregory A. Geiman, Esquire
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON
CLERK

(BY) DEPUTY CLERK

DATE  MAR - 7 2005

3118 03-255

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: 4/29/05

NAME OF SERVER (PRINT): PAUL G HUGHES

TITLE: FEDERAL PROCESS SERVER

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): TO BARBARA SZEPATOWSKI, PRESIDENT OF SAI SURVEYING CORP. 23 NARRAGANSETT AV, JAMESTOWN, RI

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          | 65    |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/29/05

Signature of Server: Paul G H...

Address of Server: HLS - 7 EVA LA, CRANS RI
(401) 944-8980

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure