UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, Plaintiffs vs. SAI SURVEYING CORPORATION and BARBARA SZEPATOWSKI, Defendants and CITIZENS BANK, Trustee | C.A. No. 05-10425 RCL |

### VERIFIED REQUEST TO ENTER DEFAULT

Plaintiffs Louis G. Rasetta and John J. Shaughnessy, as they are Trustees, International Union of Operating Engineers Local 4 Health and Welfare, Pension and Annuity Funds, et al, request the Clerk to enter the default of Barbara Szepatowski (hereinafter "Szepatowski"). This request is made pursuant to Rule 55(a), Fed.R.Civ.P. In support of this request, the Plaintiffs say:

1) This action was filed on March 3, 2005.

2) Complaint was served on defendant Szepatowski on April 29, 2005.

3)   Szepatowski has filed neither an Answer nor a responsive pleading to the Complaint.

WHEREFORE, plaintiffs seek the entry of Default in this matter.

> Respectfully submitted,
>
> LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE FUND, et al,
>
> By their attorneys,
>
> /s/ Gregory A. Geiman
> Anne R. Sills, Esquire
> BBO #546576
> Gregory A. Geiman, Esquire
> BBO #655207
> Segal, Roitman & Coleman
> 11 Beacon Street
> Suite #500
> Boston, MA  02108
> (617) 742-0208

Dated:  May 23, 2005

## VERIFICATION

I, Gregory A. Geiman, verify that I have read this Verified Request to Enter Default and that the facts set out in the Request are true to the best of my knowledge and belief.

> /s/ Gregory A. Geiman
> Gregory A. Geiman, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Verified Request to Enter Default has been served by first class mail upon defendants SAI Surveying Corporation and Barbara Szepatowski at 23 Narragansett Avenue, Jamestown, RI  02835 this 23rd day of May, 2005.

> /s/ Gregory A. Geiman
> Gregory A. Geiman, Esquire

ARS/ars&ts
3118 03-255/verreqdf-szepatowski.doc