```
           UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

**LOUIS G. RASETTA, ET AL**

V.                                    CIVIL ACTION NO. 05-10425-RCL

**SAI SURVEYING CORP., ET AL**

### NOTICE OF DEFAULT

Upon application of the plaintiffs, **Louis G. Rasetta and John Shaughnessy, as they are Trustees, International Union of Operating Engineers Local 4 Health and Welfare, Pension an Annuity Funds, et al**, for order of Default for failure of the defendants, **SAI Surveying Corp. and Barbara Szepatowski** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendants have been defaulted this 26th day of May, 2005.

                             SARAH THORNTON, CLERK

                             By: /s/ Lisa M. Hourihan
May 26, 2005                     Deputy Clerk