UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, Plaintiffs<br><br>vs.<br><br>SAI SURVEYING CORPORATION and BARBARA SZEPATOWSKI, Defendants<br><br>and<br><br>CITIZENS BANK, Trustee | C.A. No. 05-10425 RCL |

## AFFIDAVIT OF ANNE R. SILLS

1.  My name is Anne R. Sills.  I am an attorney with the law firm of Segal, Roitman & Coleman.

2.  This firm has been involved in efforts to collect contributions owed the International Union of Operating Engineers Employee Benefit Funds by SAI Surveying Corporation for the period of July through December, 2004 since on or about February 20, 2005.

Since that date, we have incurred legal fees of $1,696.00 and costs of $125.00.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 24th DAY OF JUNE, 2005.

/s/ Anne R. Sills
Anne R. Sills, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Affidavit has been served by certified and first class mail upon the defendants, SAI Surveying Corporation and Barbara Szepatowski at 23 Narragansett Avenue, Jamestown, RI  02835 this 24th day of June, 2005.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3118 03-255/affsills3-sai.doc