UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,
Plaintiffs

vs.

SAI SURVEYING CORPORATION and BARBARA SZEPATOWSKI,
Defendants

and

CITIZENS BANK,
Trustee

C.A. No. 05-10425 RCL

## AFFIDAVIT OF GINA ALONGI AS TO MILITARY SERVICE, INFANCY AND INCOMPETENCE

1. My name is Gina Alongi. I am the Administrator of the International Union of Operating Engineers Health and Welfare and Pension Funds.

2. I make this affidavit pursuant to the provisions of the Soldiers' and Sailors' Civil Relief Act.

3. I have caused careful investigation to be made to ascertain whether SAI Surveying Corporation and Barbara Szepatowski, the above-named defendants, are within the military

service of the United States, and have concluded on the basis of such investigation that they are not.

4.    I have also caused careful investigation to be made to ascertain whether SAI Surveying Corporation and Barbara Szepatowski are infants or incompetent persons, and have concluded on the basis of such investigation that they are not.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 22 DAY OF JUNE, 2005.

_____
Gina Alongi

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on _____

GAG/gag&ts
ARS 3118 03-255/affalongi2.doc

2

TOTAL P.03