UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,
          Plaintiffs

vs.

SAI SURVEYING CORPORATION and
BARBARA SZEPATOWSKI,
          Defendants

and

CITIZENS BANK,
         Trustee

C.A. No. 05-10425 RCL

## **DEFAULT JUDGMENT**

Defendants SAI Surveying Corporation and Barbara Szepatowski, having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of Plaintiffs and affidavits and a memorandum of law demonstrating that Defendants owe Plaintiffs the sum of $177,495.12, representing unpaid contributions for the period from July through December, 2004, trebled pursuant to 18 U.S.C. §1964(c); $5,168.84 in interest on the unpaid contributions; an additional $5,168.84 in liquidated

2

damages; and $1,821.00 in attorneys' fees and costs; and that Defendants are not infants or incompetent persons or in the military service of the United States, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiffs recover from Defendants SAI Surveying Corporation and Barbara Szepatowski, joint and severally, the principal amount of $177,495.12; prejudgment interest of $5,168.84; liquidated damages of $5,168.84; and attorneys' fees and costs of $1,821.00, for a total judgment of $189,653.80, with interest as provided by law, which interest rate is effective this date is _____ percent.

_____
The Honorable Reginald C. Lindsay
United States District Court

Dated: _____

GAG/gag&ts
ARS 3118 03-255/defltjdg2-sai.doc