UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, Plaintiffs<br><br>vs.<br><br>SAI SURVEYING CORPORATION and BARBARA SZEPATOWSKI, Defendants<br><br>and<br><br>CITIZENS BANK, Trustee | C.A. No. 05-10425 RCL |

**AFFIDAVIT OF GREGORY A. GEIMAN IN SUPPORT OF
PLAINTIFFS' MOTION FOR FINDING OF CIVIL CONTEMPT**

1.   My name is Gregory A. Geiman.  I am an attorney with Segal, Roitman & Coleman and I represent the Plaintiffs in the above-captioned matter.

2.   I sent a copy of the Court's Electronic Order of June 8, 2006 granting Plaintiffs' Motion to Compel Defendants' Answers to Plaintiffs' Post-Judgment Discovery Requests to SAI president Barbara Szepatowski via certified, first class, and electronic mail on June 14, 2006. The Order was sent via the same e-mail address from which Szepatowski had communicated

over the preceding months, and was not returned to the sender.  To date, the Defendants have failed to comply with the Court's Order.

3.  The Funds have incurred attorneys' fees totaling $1,088.79 to seek a remedy for the Defendants' contempt and to seek the Defendants' compliance with their obligations under Fed.R.Civ.P. 37.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 29th DAY OF AUGUST, 2006.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above document has been served by certified, first class, and electronic mail upon SAI Surveying Corporation at 23 Narragansett Avenue, Jamestown, RI  02835 and Barbara Szepatowski at 7 Green Lane, Jamestown, RI  02835 this 29th day of August, 2006.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3118 05-437/affgeiman2.doc