# SEGAL, ROITMAN & COLEMAN

COUNSELLORS AT LAW
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108

DONALD J. SIEGEL
PAUL F. KELLY
IRA SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
STEPHANIE R. PRATT-MITRA
GREGORY A. GEIMAN
RACHEL E. ROSENBLOOM

ROBERT M. SEGAL (1915-1999)

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. McKENNA, Jr.
PAUL S. HOROVITZ

* Also Admitted to the New Hampshire Bar

** Also Admitted to the California Bar

September 21, 2006

**VIA ELECTRONIC MAIL, CERTIFIED MAIL, RETURN RECEIPT REQUESTED, AND FIRST CLASS MAIL**
Barbara Szepatowski, President
SAI Surveying Corporation
23 Narraganset Avenue
Jamestown, RI  02835

Re:  Louis G. Rasetta and John J. Shaughnessy, as they are Trustees, International Union of Operating Engineers Local 4 Health and Welfare, Pension and Annuity Funds, et al vs. SAI Surveying Corporation and Barbara Szepatowski
C.A. No. 05-10425 RCL

Dear Ms. Szepatowski:

Please see the attached electronic order from the United States District Court for the District of Massachusetts in Boston and take notice that a hearing on the Plaintiffs' Motion for Finding of Civil Contempt against SAI Surveying Corp. and Barbara Szepatowski has been set for 10/17/2006 at 3:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. This letter serves as your notice of the scheduled hearing.

Please act accordingly.

Sincerely,

Gregory A. Geiman

Encl.

cc: Lisa Hourihan, U.S. District Court for the District of Mass. (via mail)
GAG/gag&ts
ARS 3118 05-437/szepatowski7.doc

