UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY,
as they are TRUSTEES, INTERNATIONAL UNION
OF OPERATING ENGINEERS LOCAL 4 HEALTH
AND WELFARE, PENSION AND ANNUITY FUNDS,
and LOUIS G. RASETTA and CHRISTOPHER
BARLETTA, as they are TRUSTEES, HOISTING AND
PORTABLE ENGINEERS LOCAL 4 APPRENTICE
AND TRAINING FUNDS and INTERNATIONAL
UNION OF OPERATING ENGINEERS, LOCAL 4,
RCL

    Plaintiffs

C.A. No. 05-10425

vs.

SAI SURVEYING CORPORATION and
BARBARA SZEPATOWSKI,
    Defendants

and

CITIZENS BANK,
    Trustee

## ORDER TO SHOW CAUSE

This matter having come before me on the Plaintiffs' Motion for Finding of Civil Contempt, and upon consideration of the motion, memorandum, and affidavits on file, I hereby order that Defendants SAI Surveying Corporation and ("SAI") Barbara Szepatowski show cause at a session of this Court, to be held at 2:30 p.m. on October 30, 2006 in Room 11 of the United States District Court for the District of Massachusetts before the Honorable Reginald C. Lindsay, why they should not be found in contempt of Court as a result of their misconduct in failing to obey, comply with, and carry out the

provisions of this Court's Electronic Order of June 8, 2006 granting Plaintiffs' Motion to Compel Defendants' Answers to Plaintiffs' Post-Judgment Discovery Requests ("Order"), which required SAI and Szepatowski to respond to the Plaintiffs' post-judgment discovery requests within fourteen (14) days from the issuance of the Order. Further, SAI and Szepatowski must show cause as to why they should not pay the conditional and compensatory fines prayed for in the Plaintiffs' Motion for Finding of Civil Contempt, why a capias should not be issued for Szepatowski's arrest, and why Szepatowski should not be held in custody pending SAI and Szepatowski's compliance with the Order.

SO ORDERED.

_____
The Honorable Reginald C. Lindsay
United States District Court for the
District of Massachusetts

Dated: October 19, 2006

GAG:jag&ts
31180/437/order-showcause.doc