UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**LOUIS G. RASETTA**, **ET AL**

V.                                              CIVIL ACTION NO. 05-10425-RCL

**SAI SURVEYING CORP. AND**
**BARBARA SZEPATOWSKI**

<u>ORDER</u>

LINDSAY, D.J.

    The warrant issued for the arrest of Barbara Szepatowski on October 30, 2006 is hereby VACATED.

November 2, 2006                              /s/ Lisa M. Hourihan
                                              --------------------------
                                              Deputy Clerk