# SEGAL, ROITMAN & COLEMAN

DONALD J. SIEGEL
PAUL F. KELLY
IRA SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
STEPHANIE R. PRATT-MITRA
GREGORY A. GEIMAN
RACHEL E. ROSENBLOOM

COUNSELLORS AT LAW
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108

ROBERT M. SEGAL (1915-1999)

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. MCKENNA, Jr.
PAUL S. HOROVITZ

* Also Admitted to the New Hampshire Bar

** Also Admitted to the California Bar

November 8, 2006

**VIA ELECTRONIC MAIL, CERTIFIED MAIL, RETURN RECEIPT REQUESTED, AND FIRST CLASS MAIL**

Barbara Szepatowski, President
SAI Surveying Corporation
23 Narragansett Avenue
Jamestown, RI  02835

Re:   Louis G. Rasetta and John J. Shaughnessy, as they are Trustees, International Union of Operating Engineers Local 4 Health and Welfare, Pension and Annuity Funds, et al vs. SAI Surveying Corporation and Barbara Szepatowski
C.A. No. 05-10425 RCL

Dear Ms. Szepatowski:

Please see the attached electronic notice from the United States District Court for the District of Massachusetts in Boston and take notice that a hearing on the Plaintiffs' Motion for Finding of Civil Contempt against SAI Surveying Corp. and Barbara Szepatowski has been set for 12/6/2006 at 3:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. This letter serves as your notice of the scheduled hearing. I attempted to call you at the number you provided me, (401) 423-0037, on November 2 and November 8 in order to advise you of this hearing, but I was told your voice mailbox was full on both occasions.

Please act accordingly.

Sincerely,

Gregory A. Geiman

Encl.

cc:   Lisa Hourihan, U.S. District Court for the District of Mass. (via mail)

GAG/gag&ts
ARS 3118 05-437/szepatowski8.doc

## Gregory A. Geiman

**From:** ECFnotice@mad.uscourts.gov
**Sent:** Thursday, November 02, 2006 3:26 PM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:05-cv-10425-RCL Rasetta et al v. SAI Surveying Corporation et al "Notice of Hearing on Motion"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Hourihan, Lisa entered on 11/2/2006 at 3:26 PM EST and filed on 11/2/2006
**Case Name:**      Rasetta et al v. SAI Surveying Corporation et al
**Case Number:**   1:05-cv-10425
**Filer:**
**WARNING: CASE CLOSED on 07/22/2005**
**Document Number:**

**Docket Text:**
ELECTRONIC NOTICE of Hearing on Motion for Contempt Motion Hearing set for 12/6/2006 03:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. Court requests that counsel for the plaintiff notify the defendant of the hearing date.(Hourihan, Lisa)

The following document(s) are associated with this transaction:


**1:05-cv-10425 Notice will be electronically mailed to:**

Gregory A Geiman    ggeiman@segalroitman.com, tsullivan@segalroitman.com; sgillin@segalroitman.com

Anne R. Sills    asills@segalroitman.com, tsullivan@segalroitman.com; sgillin@segalroitman.com

**1:05-cv-10425 Notice will not be electronically mailed to:**

11/2/2006

## Gregory A. Geiman

**From:** Gregory A. Geiman
**Sent:** Wednesday, November 08, 2006 11:15 AM
**To:** 'Saisurvey@aol.com'
**Subject:** Rasetta v. SAI Surveying Corp. C.A. No. 05-10425 RCL
**Attachments:** szepatowski8.pdf

Dear Ms. Szepatowski:

Please see the attached document.

Sincerely,
Greg Geiman
Segal, Roitman, and Coleman
11 Beacon St, Suite 500
Boston, MA  02108
617-742-0208